United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILDA SOLIS, Secretary, Department of Labor,<br><br>　　　　Defendant.<br>_____/ | No. C 08-4259 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

　　　　Pursuant to Civil Local Rule 72-1, defendant's Motion for Protective Order, filed March 10, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

　　　　**IT IS SO ORDERED**.

Dated: March 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The April 17, 2009 hearing date before the undersigned is vacated.