IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE,<br><br>    Plaintiff,<br><br>  v.<br><br>HILDA SOLIS, Secretary of Labor,<br><br>    Defendant.<br>_____ / | No. C 08-4259 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE CHEN PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF STANLEY P. STEPHENSON JR. AND NATASHA AVERILL** |

Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Deposition of Stanley P. Stephenson Jr. and Natasha Averill," filed March 12, 2009, is hereby REFERRED to Magistrate Judge Edward M. Chen, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Judge Chen's chambers.

**IT IS SO ORDERED**.

Dated: March 13, 2009

MAXINE M. CHESNEY
United States District Judge