Case 3:08-cv-04259-MMC   Document 40   Filed 04/06/2009   Page 1 of 2

1    JOSEPH P. RUSSONIELLO (CSBN 44332)
      United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
      Chief, Civil Division
3    MELANIE L. PROCTOR (CSBN 228971)
      Melanie.Proctor@usdoj.gov
4    Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169

7

   Attorneys for Defendant

8
                            UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 CHARLOTTE YEE,                 )    No. C 08-4259 MMC (EMC)
                            )
13            Plaintiff,        )
                            )    OPPOSITION TO PLAINTIFF'S
14     v.                           )    ADMINISTRATIVE MOTION FOR
                            )    SHORTENED TIME; PROPOSED ORDER
15 HILDA SOLIS, U.S. Secretary of Labor,* )
                            )
16            Defendant.    )
   _____ )

17       Defendant hereby objects to Plaintiff's Motion to Shorten Time for hearing her Motion to

18 Compel Documentation, Depositions and Responses to Admissions ("Second Motion to Compel"),

19 which is not noticed for any date. At the outset, Defendant notes that Plaintiff did not meet and

20 confer with opposing counsel, as required by Civ. L.R. 37-1(a), prior to filing her Second Motion

21 to Compel. Declaration of Melanie Proctor ("Proctor Decl."), p.1 ¶ 2.

22       Moreover, Plaintiff has utterly failed to comply with Civ. L.R. 6-3. First, Plaintiff made no

23 attempt to obtain a stipulation to the time change. Id. Her Motion to Shorten Time is

24 unaccompanied by any explanation of the reason for her request, or any statement describing the

25 prejudice that would occur if the Court did not change the time. Civ. L.R. 6-3.

26       It appears that Plaintiff would suffer no prejudice if the Court did not shorten the time.

27

28 *Pursuant to Fed. R. Civ. P. 25(d)(1), Hilda Solis is substituted for her predecessor, Elaine Chao,
   as Secretary of the Department of Labor.

   OPPOSITION
   No. C 08-4259 MMC (EMC)

Case 3:08-cv-04259-MMC     Document 40     Filed 04/06/2009     Page 2 of 2

1  Discovery in the case does not close until November 13, 2009. See Pretrial Order, Elec. Dkt.

2  No. 25.  In contrast, however, Defendant would be greatly prejudiced.  Under the local rules,

3  opposition to a motion is due twenty-one days prior to the hearing.  Civ. L.R. 7-3(b).  Plaintiff's

4  proposed schedule would not allow Defendant to voice her position on this Second Motion to

5  Compel.

6          In light of the fact that Defendant has filed a Motion to Compel Plaintiff's Deposition and

7  Responses to Discovery, and properly noticed that Motion for hearing on May 13, 2009, Defendant

8  respectfully suggests that Plaintiff's Second Motion be calendared to be heard on that date.

9  Dated: April 6, 2009                          Respectfully submitted,

10                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney
11
                                                        /s/
12                                               MELANIE L. PROCTOR
                                                 Assistant United States Attorney
13                                               Attorneys for Defendant

14                          PROPOSED ORDER

15          Plaintiff's Motion for Shortened Time is hereby DENIED.  Plaintiff has failed to meet and

16  confer with opposing counsel, as required by Civ. L.R. 6-3(a) and 37(a)(1), and failed to set forth

17  any of the reasons for her request to shorten time.  Moreover, she has not properly noticed her

18  motion.  Plaintiff's Second Motion to Compel shall be heard May 13, 2009, the date noticed on

19  Defendant's Motion to Compel.  OPPOSITION BRIEF SHALL BE FILED BY APRIL 22, 2009,
    REPLY BRIEF BY APRIL 29, 2009.

20          IT IS SO ORDERED.

21

22                                               EDWARD M. CHEN
                                                 United States Magistrate Judge

23

24

25

26

27

28

OPPOSITION
No. C 08-4259 MMC (EMC)                    2