IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILDA SOLIS, Secretary of Labor,<br><br>　　　　Defendant.<br>_____/ | No. C-08-4259 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE CASE ELECTRONICALLY** |

　　　Before the Court is plaintiff Charlotte Yee's Request to File Case Electronically, filed May 6, 2009.

　　　Good cause appearing, plaintiff's request is hereby GRANTED, on condition that plaintiff first register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating she has received her e-filing password. If such notice is filed, defendants shall thereafter be relieved of their duty to serve plaintiff with paper copies of each electronically-filed document.

　　　**IT IS SO ORDERED.**

Dated: May 12, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge