**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8   CHARLOTTE YEE,                               No. C-08-4259 MMC (EMC)

9              Plaintiff,

10        v.                                     **ORDER GRANTING DEFENDANT'S
                                                 MOTION TO SHORTEN TIME**
11   U.S. SECRETARY OF LABOR, HILDA              **(Docket No. 56)**
     SOLIS,
12
              Defendant.
13
     _____/
14

15       Defendant has filed a motion for miscellaneous relief, in which she asks that certain

16   documents -- *e.g.*, documents within any EEO, medical, or personnel file -- be subject to a protective

17   order.  Defendant's motion is not really a motion for miscellaneous relief as opposed to a motion for

18   a protective order which she seeks to have heard on shortened time.  The Court shall construe the

19   motion as such.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Because Defendant has made an adequate showing that shortened time is appropriate (*i.e.*,

2  because Plaintiff's deposition is upcoming as is the settlement conference), the Court **GRANTS**

3  Defendant's request for shortened time.  Plaintiff shall file and serve an opposition to Defendant's

4  motion for a protective order by **May 19, 2009**.  There shall be no reply.  In addition, there shall be

5  no hearing on the motion absent further order of the Court -- *i.e.*, at this point, the Court intends to

6  rule on the motion for a protective order based on the papers only.

7    IT IS SO ORDERED.

8

9  Dated:  May 15, 2009

10
                                            _____
11                                          EDWARD M. CHEN
                                            United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE, | No. C-08-4259 MMC (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| U.S. SECRETARY OF LABOR, ELAINE CHAO, | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CHARLOTTE YEE (*pro se*)
2062 Waycross Road
Fremont, CA  94539
510/661-0467

*ALL OTHER COUNSEL SERVED VIA*
*ELECTRONIC FILING ("E-FILING")*

Dated:  May 15, 2009                    RICHARD W. WIEKING, CLERK


By:  _____/s/_____
         Leni Doyle
         Deputy Clerk