United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. SECRETARY OF LABOR, HILDA SOLIS,<br><br>        Defendant.<br>_____/ | No. C-08-4259 MMC (EMC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR INTERVENTION; AND SETTING HEARING**<br><br>**(Docket No. 64)** |

        Plaintiff has filed a motion, asking for a telephone conference to discuss alleged spoliation of evidence by Defendant. Plaintiff has made this request pursuant to Civil Local Rule 37-1(b). However, Plaintiff has not made an adequate showing that the rule is applicable -- *i.e.*, that there is a discovery event (such as a deposition) taking place or about to take place and that "disposition of the [discovery] dispute during the discovery event likely would result in substantial savings of expense or time." Civ. L.R. 37-1(b). The Court therefore **DENIES** Plaintiff's request.

        The Court, however, shall liberally construe Plaintiff's motion since she is pro se. Based on the motion, it is evident that Plaintiff has a concern about alleged spoliation of evidence. Given this concern, the Court is willing to address Plaintiff's concern on shortened time. But what is not clear is what documents have allegedly been destroyed and/or what documents she seeks to preserve from future destruction. In addition, it is not clear what specific relief Plaintiff seeks. The relief sought may change depending on a letter and a document production that Defendant intends to send to Plaintiff shortly.

Given these circumstances, the Court hereby orders as follows.

(1) Plaintiff shall have until June 12, 2009, to file a motion with the Court identifying (a) what documents have allegedly been destroyed, (b) what documents may allegedly be destroyed, and (c) what specific relief Plaintiff seeks.

(2) Defendant shall then have until June 16, 2009, to file a response to Plaintiff's motion.

(3) A hearing shall be held on the motion on **June 17, 2009, at 10:30 a.m.**

This order disposes of Docket No. 64.

IT IS SO ORDERED.

Dated: June 8, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2