UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE, | No. C-08-4259 MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING HEARING** |
| U.S. SECRETARY OF LABOR, HILDA SOLIS, | **(Docket No. 67)** |
| Defendant. | |
| _____/ | |

Previously, the Court issued an order setting a hearing on June 17, 2009, at 10:30 a.m. to address Plaintiff's concern regarding alleged spoliation of evidence. Plaintiff has now submitted a document, asking that the hearing be rescheduled for June 24, 2009. Defendant has informed the Court that it does not object to the request. Accordingly, the hearing is hereby rescheduled for **June 24, 2009, at 10:30 a.m.**

This order disposes of Docket No. 67.

IT IS SO ORDERED.

Dated: June 9, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge