IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE,<br><br>    Plaintiff,<br><br>  v.<br><br>HILDA SOLIS, Secretary of Labor,<br><br>    Defendant.<br>_____/ | No. C-08-4259 MMC<br><br>**ORDER SETTING HEARING; DIRECTING PLAINTIFF TO SUBMIT PROPOSED AMENDED PLEADING** |

Before the Court is plaintiff's "Motion to Amend Case," filed June 29, 2009. Plaintiff, however, has not noticed the motion for hearing. See Civ. L.R. 7-2(a) (providing motions "must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion"). Additionally, plaintiff has failed to submit a copy of her proposed amended pleading. See, e.g., Cureton v. Nat'l Collegiate Athletic Ass'n, 252 F.3d 267, 273 (3d Cir. 2001) (holding court "may deny a request [for leave to amend] if the movant fails to provide a draft amended complaint").

Accordingly, a hearing on plaintiff's motion is hereby SET for August 28, 2009, and plaintiff is hereby DIRECTED to submit, no later than July 24, 2009, a copy of her proposed amended pleading.

**IT IS SO ORDERED.**

Dated: July 8, 2009

_____
MAXINE M. CHESNEY
United States District Judge