IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE, | No. C-08-4259 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO AMEND CASE** |
| v. | |
| HILDA SOLIS, Secretary of Labor, | |
| Defendant. | |

Before the Court is plaintiff's "Motion to Amend Case," filed June 29, 2009. On July 8, 2009, the Court directed plaintiff to submit, no later than July 24, 2009, a copy of her proposed amended pleading. (See Order filed July 8, 2009.) On July 15, 2009, plaintiff responded by filing a "Proposed Amendment to Case," in which plaintiff sets forth a proposed amendment to her Case Management Statement, filed February 23, 2009 in connection with the February 27, 2009 Case Management Conference. Plaintiff's filing, however, does not constitute a proposed amended pleading. See Fed. R. Civ. P. 7(a) (setting forth "pleadings" allowed in civil action).

Accordingly, plaintiff's Motion to Amend is hereby DENIED, without prejudice to plaintiff's filing a new motion for leave to amend, accompanied by plaintiff's proposed amended pleading, specifically, her Proposed First Amended Complaint. Any such motion shall be filed no later than August 21, 2009.

**IT IS SO ORDERED.**

Dated: August 5, 2009

_____
MAXINE M. CHESNEY
United States District Judge