IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILDA SOLIS, Secretary of Labor,<br><br>　　　　Defendant.<br>_____/ | No. C-08-4259 MMC<br><br>**ORDER SETTING HEARING** |

　　　　Before the Court are plaintiff's "Motion for Leave to Amend Claim" and plaintiff's Proposed First Amended Complaint, each filed August 21, 2009 in accordance with the Court's Order of August 5, 2009. (See Order filed Aug. 5, 2009.) Plaintiff, however, has not noticed the motion for hearing. See Civ. L.R. 7-2(a) (providing motions "must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion").

　　　　Accordingly, a hearing on plaintiff's motion is hereby SET for October 9, 2009.

　　　　**IT IS SO ORDERED.**

Dated: August 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge