1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  CHARLOTTE YEE,                           No. C-08-4259 MMC
11          Plaintiff,                        **ORDER VACATING HEARING ON
                                             PLAINTIFF'S MOTION FOR LEAVE TO
12    v.                                     AMEND COMPLAINT**
13  HILDA SOLIS, U.S. Secretary of Labor,
14          Defendant
15  _____/
16
17       Before the Court is plaintiff Charlotte Yee's motion for leave to amend her complaint,

filed August 21, 2009.  Defendant has filed opposition to which plaintiff has replied.  Having
18
read and considered the papers filed in support of and in opposition to the motion, the
19
Court deems the matter suitable for decision thereon, and VACATES the hearing
20
scheduled for October 9, 2009.
21
        **IT IS SO ORDERED.**
22
23
24   Dated: October 5, 2009
25                                           MAXINE M. CHESNEY
                                             United States District Judge
26
27
28