UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE YEE,

        Plaintiff,

  v.

U.S. SECRETARY OF LABOR, HILDA SOLIS,

        Defendant.
_____/

No. C-08-4259 MMC (EMC)

**ORDER RE PLAINTIFF'S LETTER OF NOVEMBER 3, 2009**

**(Docket No. 116)**

Plaintiff has filed a letter, dated November 3, 2009, asking for two forms of relief. First, she asks that the Court order Defendant to provide the corrected declaration, *see* Docket No. 115 (order requiring corrected declaration), by a date certain. Second, she asks that the Court extend the time for filing a joint letter, which the Court assumes to be the chart discussed in its order of October 22, 2009. *See* Docket No. 113 (order).

The Court grants Plaintiff's first request for relief. Defendant shall provide the corrected declaration within one week of the date of this order.

As for the second request for relief, the Court does not see the need for an extension. Plaintiff should be able to identify for Defendant the persons who she believes had a substantive role with respect to adverse decisions affecting her. If Defendant ultimately finds that there are more documents related to the Sandler investigation, then it will have to produce the nonprivileged documents and, if those produced documents suggest that there are other persons who had a substantive role with respect to adverse decisions affecting her, then Plaintiff can follow up at that point. The Court, however, shall give the parties a one-day extension to provide the letter as it

appears that the parties have been at an impasse regarding the preparation of the chart. In short, the chart must be filed with the Court by November 6, 2009.

This order disposes of Docket No. 116.

IT IS SO ORDERED.

Dated: November 4, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge