IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE, | No. C 08-4259 MMC |
| Plaintiff, | **ORDER STRIKING WITHOUT PREJUDICE PLAINTIFF CHARLOTTE YEE'S "MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, ADJUDICATION OF CLAIMS"; VACATING HEARING; DENYING AS MOOT DEFENDANT'S MOTION TO CHANGE TIME; SETTING HEARING DATES FOR ALL MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| HILDA SOLIS, SECRETARY OF LABOR, | |
| Defendant. / | |

Before the Court is plaintiff Charlotte Yee's "Motion for Partial Summary Judgment, or in the Alternative, Adjudication of Claims," filed December 21, 2009 and noticed for hearing on February 5, 2009. Also before the Court is defendant Hilda Solis's "Ex Parte Motion to Change Time," filed December 21, 2009.

Plaintiff's motion includes a 4-page "Notice of Motion," a 42-page "Motion," and a 15-page "Memorandum of Points and Authorities," together with an accompanying declaration and exhibits. These filings violate Rule 7-2 of the Civil Local Rules of this District, which rule provides, in relevant part, that a motion must consist of "one filed document not exceeding 25 pages in length." See Civil L.R. 7-2(b).

Accordingly, each of plaintiff's above-referenced filings is hereby STRICKEN, without prejudice to plaintiff's filing a new motion for summary judgment that consists of

one document not exceeding 25 pages in length, exclusive of declarations and/or exhibits.[1]

In light of the foregoing ruling, the February 5, 2009 hearing date is hereby VACATED and defendant's motion to change that date is hereby DENIED as moot.

Further, as both parties have expressed an intent to file a motion for summary judgment, and because, pursuant to the Court's Pretrial Preparation Order, the deadline for the filing of dispositive motions is January 22, 2010, the Court finds it appropriate to set a single date for the hearing of all such motions. Specifically, any motion for summary judgment, irrespective of the party filing such motion and irrespective of whether any such motion is filed earlier than the January 22, 2010 filing deadline, shall be noticed for hearing on February 26, 2010.

**IT IS SO ORDERED.**

Dated: December 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In the event plaintiff files a new motion, plaintiff is hereby advised that any exhibits filed in support thereof must be separated by appropriately labeled tabbed dividers.