IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE | No. C-08-4259 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF** |
| v. | |
| HILDA SOLIS, SECRETARY OF LABOR | |
| Defendant. | |

Before the Court is plaintiff's Request for Administrative Relief, filed January 7, 2010, by which she seeks an exception from Civil Local Rule 7-2(b), specifically, for permission to file a 35-page summary judgment motion. Defendant has not filed a response.

Having read and considered plaintiff's request, the Court finds plaintiff has not shown good cause for the relief sought.

Accordingly the request is hereby denied.

**IT IS SO ORDERED.**

Dated: January 15, 2010

MAXINE M. CHESNEY
United States District Judge