**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE, | No. C 08-4259 MMC |
| Plaintiff, | **ORDER VACATING FEBRUARY 26, 2010 HEARING** |
| v. | |
| HILDA SOLIS, Secretary of Labor, | |
| Defendant. | |

Before the Court are plaintiff Charlotte Yee's motion for summary judgment, filed January 22, 2010 and "Motion for Dismissal Without Prejudice on NonDiscriminatory (CSRA) Portion of Plaintiff's Complaint", filed February 11, 2010. Defendant Hilda Solis has filed opposition to both motions; with respect to the motion for summary judgment, plaintiff has filed a reply. Also before the Court is defendant's motion for summary judgment, filed January 22, 2010. Plaintiff has filed opposition to defendant's motion, to which defendant has replied.

//
//
//
//
//

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision thereon and hereby VACATES the hearing scheduled for February 26, 2010.

**IT IS SO ORDERED**.

Dated: February 24, 2010

MAXINE M. CHESNEY
United States District Judge