UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE YEE, | Case No. C08-04259 MMC ( JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO RESCHEDULE SETTLEMENT CONFERENCE, OR IN THE ALTERNATIVE, COMPEL DECLARATION OF DEFENDANT COMPLIANCE WITH DOCKET NO. 170 [Docket No. 180]** |
| U.S. SECRETARY OF LABOR, | |
| Defendant(s). | |

On March 2, 2010, Plaintiff filed a Motion to Reschedule Settlement Conference, or in the alternative, Compel Declaration of Defendant Compliance with Docket 170 (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated: March 2, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge