JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE YEE,<br><br>        Plaintiff,<br><br>v.<br><br>HILDA SOLIS, U.S. Secretary of Labor<br><br>        Defendant. | No. C 08-4259 MMC<br><br>EX PARTE MOTION TO CHANGE TIME; ~~PROPOSED~~ ORDER |

At the status conference on February 22, 2010, the Court modified the case management order by moving the pre-trial conference from April 13, 2010 to April 20, 2010. This adjustment extended the deadlines for pre-trial preparations by one week. Under the modified schedule, the parties are to meet and confer pursuant to Civ. L.R. 16-10(b)(5) no later than March 15, 2010.

///

///

///

///

///

///

///

1  The parties' cross motions for summary judgment are currently pending before the Court.
2  The Court's ruling on the parties' cross motions for summary judgment may substantially narrow
3  the issues before the Court, if not moot the matter entirely. In addition, the parties are scheduled
4  to attend a settlement conference on ~~March 26, 2010~~ March 29, 2010. Accordingly, pre-trial preparations may be
5  moot.
6  As such, pursuant to Civ. L.R. 6-1(b) and 6-3(a), Defendant hereby respectfully requests to
7  extend the deadline to meet and confer to April 5, 2010. This extension shall have no effect on the
8  date of the pretrial conference, which shall be held on April 20, 2010.

9  Dated: March 8, 2010                    Respectfully submitted,

10                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
11
12                                              /s/
                                           ─────────────────────
13                                         MELANIE L. PROCTOR
                                           Assistant United States Attorney
                                           Attorneys for Defendant
14

15                        **PROPOSED ORDER**

16  Having shown good cause, Defendant's Motion is hereby GRANTED. The parties shall
17  meet and confer, pursuant to Civ. L.R. 16-10(b)(5), no later than April 5, 2010. The pretrial
18  conference shall be held on April 20, 2010.
19  IT IS SO ORDERED.

20  Dated: March 15, 2010

21                                         MAXINE M. CHESNEY
                                           United States District Judge