Charlotte Yee
39120 Argonaut Way, 305
Fremont, CA 94538
(510) 661-0467 (phone)
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| CHARLOTTE YEE, | ) | |
|---|---|---|
| | ) | 3:08-cv-04259 MMC |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S REQUEST TO CONVERT A |
| | ) | JURY TRIAL DEMAND TO BENCH TRIAL; |
| | ) | [PROPOSED] ORDER |
| HILDA SOLIS. SECRETARY OF LABOR, | ) | |
| | ) | |
| Agency. | ) | |

Following a failed attempt at settlement today, the Plaintiff places her faith in the court as a fair arbiter of both fact and law. Ergo, in deference to court efficiency, she hereby requests that remaining disputed facts in the case be heard before Her Honor rather than by jury.

Respectfully submitted,

Dated: March 29, 2010        _____/S/_____
                              Plaintiff, Charlotte Yee

/ / /

/ / /

/ / /

1

C 08-4259 MMC

### [PROPOSED] ORDER

Civil Case 08-04259 is scheduled for hearing as a bench trial.

**IT IS SO ORDERED.**

Dated:  April 19, 2010

                                           UNITED STATES DISTRICT COURT
                                           JUDGE MAXINE M. CHESNEY

*Yee v. Department of Labor*