IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE YEE,

        Plaintiff,

 v.

HILDA SOLIS, SECRETARY OF LABOR,

        Defendant.
                                        /

No. CV-08-4259 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendant's Motion for Summary Judgment is hereby GRANTED.

    2. Plaintiff's Motion for Summary Judgment or, in the Alternative, Adjudication of Claims is hereby DENIED.

    3. Plaintiff's Motion for Dismissal Without Prejudice is hereby DENIED.

Dated: April 23, 2010                                  Richard W. Wieking, Clerk

                                                                     By: Tracy Lucero
                                                                      Deputy Clerk